# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2019

159573 & (14)(18)(19)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JACOB LANGSTON-PORTER LABELLE,
     Defendant-Appellant.

_____/

SC: 159573
COA: 347421
Washtenaw CC: 18-000596-FC

On order of the Court, the motions for miscellaneous relief and immediate consideration are GRANTED. The application for leave to appeal the March 18, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for reconsideration of the defendant's application under MCR 7.205 in light of the concern articulated in *People v Yost*, 468 Mich 122, 124 n 2 (2003). The motion to stay filed in this Court is DENIED without foreclosing the defendant's ability to seek a stay from the Court of Appeals.

We do not retain jurisdiction.

MCCORMACK, C.J., did not participate due to her preexisting relationship with a party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2019



b1022

Clerk